## ZDARSKY, SAWICKI & AGOSTINELLI LLP
### ATTORNEYS AT LAW
### 404 CATHEDRAL PLACE
### 298 MAIN STREET
### BUFFALO, N.Y. 14202
### 716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

May 24, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re:     Kimberly A. Schlierf**
         **Case No. 05-15337**

Ladies and Gentlemen:

Enclosed is my check no. 10116 for $366.96, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| *Claim No.* | *Creditor* | *Amount* |
|---|---|---|
| 3 | PYOD LLC as assignee of Providian Financial Resurgent Capital Services PO Box 10587 Greenville, South Carolina 29603-0587 | $366.96 |

This sum represents interest on a 100% dividend. The creditor cashed the principal check but did not cash the interest check, despite a clear statement in my cover letter identifying one as paying principal and the other as paying interest on the same claim.

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure
cc:     Ms. Anne Quinn
        PYOD LLC (at above address)



F I L E D
MAY 25 2010
BANKRUPTCY COURT
BUFFALO, N.Y.